UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL STAMPER,<br><br>            Plaintiff,<br><br>      v.<br><br>LASSEN COUNTY ADULT DETINTION FACILITY, et al.,<br><br>            Defendants. | No.  2:20-cv-1251 AC P<br><br><br>ORDER TO SHOW CAUSE |

In June 2020, while incarcerated in Lassen County, plaintiff filed a complaint seeking relief under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. ECF Nos. 1, 2. On August 6, 2020, before a ruling on his motion to proceed in forma pauperis, plaintiff filed a change of address notice which indicated that he had been released from custody. ECF No. 5. Because different forms and procedures apply to prisoners and non-prisoners seeking to proceed in forma pauperis, the court issued an order directing plaintiff to submit a new application to proceed under the general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). ECF No. 7. Plaintiff has not filed the necessary application, nor otherwise communicated with the court, and the time to do so has expired.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing, within thirty days of this order, why this action

1

should not be dismissed without prejudice for failure to prosecute and failure to comply with a court order. <u>See</u> Rule 41(b), Fed. R. Civ. P. The submission within the thirty-day period of an application to proceed in forma pauperis by a non-prisoner will result in discharge of the order to show cause.

    2. The Clerk of Court shall send plaintiff a copy of the court's application to proceed in forma pauperis for non-prisoners.

DATED: October 4, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE