UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL STAMPER, | No. 2:20-cv-1251 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| LASSEN COUNTY ADULT DETENTION FACILITY, et al., | |
| Defendants. | |

By order issued September 3, 2021, plaintiff was directed to file a completed in forma pauperis affidavit for non-prisoners, and to do so within thirty days. See ECF No. 7. Thereafter, on October 4, 2021, plaintiff was ordered to show cause within thirty days why this action should not be dismissed for failure to prosecute and for failure to comply with a court order. See ECF No. 8.

The order regarding in forma pauperis status was served by mail on plaintiff, and returned on November 1, 2021 as "undeliverable, unclaimed." Three weeks later, on November 22, 2021, the order to show cause was also returned, as "undeliverable, unable to forward." The thirty-day periods set by the court have expired, and the sixty-three-day period that pro se parties are given to file a change of address with the Court has also expired. See Local Rule 183(b). Plaintiff has not filed the documents required, nor responded to either of the court's orders in any way.

It is plaintiff's responsibility to keep the court apprised of his current address at all times. Therefore, pursuant to Local Rule 182(f), service of documents at the address of record for plaintiff is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to assign a District Court Judge to this case, and

2. Plaintiff's Application to Proceed In Forma Pauperis By A Prisoner (ECF No. 2) is DENIED as improperly filed.

IT IS FURTHER RECOMMENDED that this action be DISMISSED for failure to prosecute and for failure to obey a court order.  See Fed. R. Civ. P. 41(b); see also L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE