UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL STAMPER, | No. 2:20-cv-1251 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| LASSEN COUNTY ADULT DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2022, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to him that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 10.  Plaintiff has not filed objections to the order, nor has he responded to it in any way.

It appears from the file that in November 2021, an order that had been issued on October 4, 2021 (ECF No. 8), was returned to the Court as undeliverable.  Although the January 2022 order has not been returned to the Court to date, it is the Plaintiff's responsibility to keep it apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of both

1

documents at the address of record of the party is fully effective.  In addition, the sixty-three-day period within which to file a change of address after the documents served in October 2021 were returned to the Court in November 2021 has expired.  See Local Rule 183(b).

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations issued January 14, 2022 (ECF No. 10), are ADOPTED in full;

       2. This action is DISMISSED without prejudice for failure to prosecute and for failure to obey a court order.  See Fed. R. Civ. P. 41(b); see also L.R. 110, and

       3. This case is CLOSED.

Dated:  February 15, 2022

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE

stam1251.803